lant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.

FRANCIS L. KOHLMAN, as Trustee in Bankruptcy of AMERICAN TRANS-OCEAN CORPORATION, Appellant, v. MOSES HAAS, Respondent.— Judgment affirmed, with costs. **No opinion.** Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

ABRAHAM PERLMAN, Appellant, v. BEDFORD ESTATES, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

RULAND & BENJAMIN, INC., Appellant, v. J. B. WALLACE Co., INC., Respondent.— Determination affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

F. MAX WORM, Appellant, v. RICHARD J. HICKSON and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

MARF MACHINE & DIE CASTING Co., INC., Respondent, v. APOLLO MAGNETO CORPORATION, Appellant.— Appeal from order of December 15, 1922, dismissed. Order of January 6, 1923, modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MICHAELIS & Co., INC., Appellant, v. ARCHIE M. ANDREWS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

WILLIAM GILLETTE and Others, Appellants, v. STOLL FILM COMPANY, LTD., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE W. MACK, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Appellants.— Order modified by striking from the last paragraph thereof all after the words " on or about the 7th day of August, 1919," and as so modified affirmed, without costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

MARY A. WILSON, Respondent, v. KNICKERBOCKER HOSPITAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

RUDOLF TAUBER, Doing Business under the Firm Name and Style of TAUBER'S BINDERY, Respondent, v. JOSEPH WACHTEL PRINTING AND BINDING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

WARREN MCCONIHE, Appellant, v. LILLIAN W. NEWLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

In the Matter of the Application of TAYLOR-FICHTER STEEL CONSTRUCTION COMPANY, INC., Respondent, for an Order Directing Arbitration with SHRODER & KOPPEL, INC., Appellant.— Appeal dismissed by consent, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

WILLIAM HUGHES & Co., INC., Appellant, v. RIVERSIDE MILLS, Respondent.